IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. EDWARD RITZ CALLAHAN, Defendant. | CR 15–37–BU–DLC–1 ORDER |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on May 18, 2016. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Edward Ritz Callahan's guilty plea after Callahan appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to one count of distribution of

methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) (Count III) as set forth in the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Counts I and II of the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 158), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Edward Ritz Callahan's motion to change plea (Doc. 115) is GRANTED and Edward Ritz Callahan is adjudged guilty as charged in Count III of the Indictment.

DATED this 7th day of June, 2016.

_____
Dana L. Christensen, Chief District Judge
United States District Court